# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNIVERSAL NORTH AMERICA
INSURANCE COMPANY,

    Plaintiff,

v.

STATION GVR ACQUISITION, LLC, et al.,

    Defendants.

Case No.: 2:22-cv-00752-CDS-NJK

**ORDER**

[Docket No. 19]

    Pending before the Court is a stipulation to extend the deadline for Defendants Lucas Grazioli and Michelle Beck to respond to the complaint. Docket No 19. For good cause shown, the stipulation is **GRANTED**. Defendants Grazioli and Beck shall have until July 21, 2022 to respond to the complaint.

    IT IS SO ORDERED.

    Dated: July 11, 2022

                                                             _____
                                                              Nancy J. Koppe
                                                              United States Magistrate Judge