JOHN T. KEATING
Nevada Bar No. 6373
BRYCE B. BUCKWALTER
Nevada Bar No. 7626
K E A T I N G  LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
(702) 228-6800 Phone
bbuckwalter@keatinglg.com
Attorneys for Plaintiff
*UNIVERSAL NORTH AMERICA INSURANCE COMPANY*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL NORTH AMERICA INSURANCE COMPANY,<br>                  Plaintiffs,<br>vs.<br>STATION GVR ACQUISITION, LLC dba GREEN VALLEY RANCH SPA AND CASINO, a Nevada Limited Liability Company; DAVID GARCIA, an individual; LUCAS GRAZIOLI, and individual; MICHELLE BECK, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br>                  Defendants. | CASE NO.:   Case 2:22-cv-00752-CD-NJK<br><br>**DEFAULT AGAINST DEFENDANT DAVID GARCIA** |

It appearing from the records in the above-entitled action that Summons issued on the Complaint has been regularly served upon Defendant DAVID GARCIA, on May 16, 2022; and it appearing from the affidavit of counsel or Plaintiff and the records herein Defendant DAVID GARCIA has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure,

Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of

///

1

Defendant DAVID GARCIA in the above-entitled action is hereby entered.

CLERK OF COURT

BY: _____

DEPUTY CLERK            DATE

Respectfully Submitted:

K E A T I N G LAW GROUP

/s/ Bryce B. Buckwalter
BRYCE B. BUCKWALTER
Nevada Bar No. 7626
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
(702) 228-6800 Phone
bbuckwalter@keatinglg.com
Attorneys for Plaintiff
 UNIVERSAL NORTH AMERICA INSURANCE COMPANY