# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL NORTH AMERICA INSURANCE COMPANY | Case No.: 2:22-cv-00752-CDS-NJK |
| Plaintiff, | **Order** |
| v. | [Docket No. 25] |
| STATION GVR ACQUISITION, LLC, et al., | |
| Defendants. | |

Pending before the Court is the parties' proposed discovery plan. Docket No. 25. The parties ask the Court to grant a 180-day discovery period; however, they improperly measure the time period from the 26(f) conference and not the date that the first defendant answered or appeared. *Id.* at 2-3. As a result, the parties request a 224-day discovery period, but do not request special scheduling in compliance with the Court's local rules. *See* Local Rule 26-1(a). Accordingly, the discovery plan is **DENIED** without prejudice. Docket No. 25. An amended discovery plan must be filed by August 5, 2022.

IT IS SO ORDERED.

Dated: July 29, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1