JOHN T. KEATING
Nevada Bar No. 6373
BRYCE B. BUCKWALTER
Nevada Bar No. 7626
K E A TI N G LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
(702) 228-6800 Phone
bbuckwalter@keatinglg.com
Attorneys for Plaintiff
UNIVERSAL NORTH AMERICA INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNIVERSAL NORTH AMERICA INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>STATION GVR ACQUISITION, LLC dba GREEN VALLEY RANCH SPA AND CASINO, a Nevada Limited Liability Company; DAVID GARCIA, an individual; LUCAS GRAZIOLI, and individual; MICHELLE BECK, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.:  Case 2:22-cv-00752-CDS-NJK<br><br>STIPULATION AND ORDER THAT THERE IS NO COVERAGE UNDER THE UNIVERSAL POLICY FOR THE LOSS AND TO DISMISS WITH PREJUDICE AS TO DEFENDANTS STATION GVR ACQUSTION, LLC dba GREEN VALLEY RANCH SPA AND CASINO, LUCAS GRAZIOLI AND MICHELLE BECK, ONLY |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, UNIVERSAL NORTH AMERICA INSURANCE COMPANY, by and through its counsel, Bryce B. Buckwalter of K E A T ING LAW GROUP, and Defendants, STATION GVR ACQUISTION, LLC dba GREEN VALLEY RANCH SPA AND CASINO, by and through their attorney of record, Lew Brandon, Jr. of BRANDON | SMERBER LAW FIRM and Defendants LUCAS GRAZILOLI and MICHELLE BECK, by and through their attorney of record, Piers R. Tueller of HUTCHINSON & STEFFAN, to the following:

1. A loss took place at the Green Valley Station Hotel on December 5, 2020 arising out of a flood that originated from an interior hotel room that was putatively/arguably rented/

*Universal North America vs. Station GVR Acquisition, et al.*
SAO FOR DISMISSAL W/PREJUDICE
CASE NO. Case 2:22-cv-00752-CD-NJK

controlled/occupied by Defendants David Garcia, Lucas Grazioli, and/or Michelle Beck ("Loss")

2. David Garcia maintained a homeowner's insurance policy through Universal North America Insurance Company being policy number NVVH0000039680 ("Universal Policy")

3. Plaintiff Universal North America Insurance Company ("Universal") filed a Declaratory Relief action against the Defendants on May 11, 2022 as to the Loss and corresponding coverage.

4. Defendants STATION GVR ACQUISITION, LLC dba GREEN VALLEY RANCH SPA AND CASINO and Defendants LUCAS GRAZIOLI and MICHELLE BECK now admit and acknowledge that the terms and conditions of the Universal Policy do not afford any coverage whatsoever to anyone for the Loss.

4. Based on Defendants STATION GVR ACQUISITION, LLC dba GREEN VALLEY RANCH SPA AND CASINO and Defendants LUCAS GRAZIOLI and MICHELLE BECK acknowledgement that the Policy does not afford any coverage for or to anyone as it applies to the Loss, the parties agree that the above-entitled matter as to the three stated Defendants be dismissed with prejudice, each party to bear its own attorney's fees, costs, and interest.

///
///
///
///
///
///
///

*Universal North America vs. Station GVR Acquisition, et al.*
SAO FOR DISMISSAL W/PREJUDICE
CASE NO. Case 2:22-cv-00752-CD-NJK

There is no trial date set in this matter.

DATED this 19th day of September, 2022.     DATED this 19th day of September, 2022.

**K E A T I N G** LAW GROUP                 BRANDON | SMERBER LAW FIRM

/s/ Bryce B. Buckwalter                     /s/Lew Brandon, Jr.
Bryce B. Buckwalter                         Lew Brandon, Jr.
Nevada Bar No. 7626                         Nevada Bar No. 5880
9130 West Russell Road, Suite 200           139 E. Warm Springs Road
Las Vegas, Nevada 89148                     Las Vegas, Nevada
Attorney for Plaintiff                      Attorney for Defendant
UNIVERSAL NORTH AMERICA                     STATION GVR ACQUISITION, LLC dba
INSURANCE COMPANY                           GREEN VALLEY RANCH SPA AND CASINO


HUTCHINSON & STEFFAN, PLLC

/s/Piers R. Tueller
Piers R. Tueller
Nevada Bar No. 14633
10080 W. Alta Drive, Suite 200
Las Vegas, Nevada 89145
Attorneys for Defendants
LUCAS GRAZIOLI and MICHELLE BECK
Piers R. Tueller (14633)

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

## ORDER

IT IS HEREBY ORDERED that as to Defendants STATION GVR ACQUISITION, LLC dba GREEN VALLEY RANCH SPA AND CASINO and Defendants LUCAS GRAZIOLI and MICHELLE BECK, the Policy does not afford any coverage for or to anyone as it applies to the Loss, therefore the three stated Defendants are dismissed with prejudice, each party to bear its own attorney's fees, costs, and interest.

**IT IS SO ORDERED.**

Dated this 22nd day of September, 2022.

_____
CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

Submitted by:

K E A T I N G LAW GROUP

/s/ Bryce B. Buckwalter
BRYCE B. BUCKWALTER
Nevada Bar No. 7626
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
(702) 228-6800 Phone
bbuckwalter@keatinglg.com
Attorneys for Plaintiff
UNIVERSAL NORTH AMERICA INSURANCE COMPANY

| | |
|---|---|
| **From:** | Homero Gonzalez |
| **To:** | B. Buckwalter |
| **Cc:** | Stephanie Spilotro; Piers R. Tueller; Lewis Brandon |
| **Subject:** | RE: Universal v. Beck et al |
| **Date:** | Monday, September 19, 2022 1:02:01 PM |
| **Attachments:** | 2022.09.14 SAO.docx |

Mr. Buckwalter,

I just got back to work this morning.  Apologies for the delayed response.  You may affix Mr. Brandon's signature to the SAO.  Thank you.

---
Warmest regards,
HOMERO A. GONZALEZ, ESQ.
ASSOCIATE ATTORNEY
BRANDON | SMERBER LAW FIRM
139 EAST WARM SPRINGS ROAD
LAS VEGAS, NEVADA 89119
TEL. (702) 380-0007
FAX. (702) 380-2964

**From:** B. Buckwalter <bbuckwalter@keatinglg.com>
**Sent:** Wednesday, September 14, 2022 11:21 AM
**To:** Homero Gonzalez <H.Gonzalez@bsnv.law>; Piers R. Tueller <ptueller@hutchlegal.com>
**Cc:** Stephanie Spilotro <sspilotro@keatinglg.com>
**Subject:** Universal v. Beck et al

Hello everyone, please find our draft SAO as to no coverage and dismissal enclosed.  Let me know if I can attach your e-signature.  Thanks

Bryce B. Buckwalter, Esq.
**KEATING LAW GROUP**
9130 West Russell Road, Suite 200
Las Vegas, Nevada 89148
(702)228-6800 Telephone ext. 103
(702)228-0443 Facsimile
bbuckwalter@KeatingLG.com

**From:** Piers R. Tueller
**To:** Homero Gonzalez; B. Buckwalter
**Cc:** Stephanie Spilotro; Lewis Brandon
**Subject:** RE: Universal v. Beck et al
**Date:** Monday, September 19, 2022 1:12:01 PM

Likewise. You have my permission to affix my signature.

Best,

**From:** Homero Gonzalez <H.Gonzalez@bsnv.law>
**Sent:** Monday, September 19, 2022 1:02 PM
**To:** B. Buckwalter <bbuckwalter@keatinglg.com>
**Cc:** Stephanie Spilotro <sspilotro@keatinglg.com>; Piers R. Tueller <ptueller@hutchlegal.com>; Lewis Brandon <l.brandon@bsnv.law>
**Subject:** RE: Universal v. Beck et al

Mr. Buckwalter,

I just got back to work this morning. Apologies for the delayed response. You may affix Mr. Brandon's signature to the SAO. Thank you.

---
Warmest regards,
HOMERO A. GONZALEZ, ESQ.
ASSOCIATE ATTORNEY
BRANDON | SMERBER LAW FIRM
139 EAST WARM SPRINGS ROAD
LAS VEGAS, NEVADA 89119
TEL. (702) 380-0007
FAX. (702) 380-2964

**From:** B. Buckwalter <bbuckwalter@keatinglg.com>
**Sent:** Wednesday, September 14, 2022 11:21 AM
**To:** Homero Gonzalez <H.Gonzalez@bsnv.law>; Piers R. Tueller <ptueller@hutchlegal.com>
**Cc:** Stephanie Spilotro <sspilotro@keatinglg.com>
**Subject:** Universal v. Beck et al

Hello everyone, please find our draft SAO as to no coverage and dismissal enclosed. Let me know if I can attach your e-signature. Thanks

Bryce B. Buckwalter, Esq.
**KEATING LAW GROUP**
9130 West Russell Road, Suite 200
Las Vegas, Nevada 89148
(702)228-6800 Telephone ext. 103
(702)228-0443 Facsimile
bbuckwalter@KeatingLG.com