AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Universal North America Insurance Company,

              Plaintiff,

v.

David Garcia, et al.,

              Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-00752-CDS-NJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Default judgment entered in favor of the Plaintiff, Universal North America Insurance Company, against Defendant David Garcia.

November 16, 2022  
Date

DEBRA K. KEMPI  
Clerk

/s/ T. Roush-Wallace  
Deputy Clerk